UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARCOS BONILLA, ) | |
| ) | |
| Plaintiff, ) | Case No. CV12-3278 AJW |
| ) | |
| v. ) | |
| ) | |
| CAROLYN J. COLVIN, ) | J U D G M E N T |
| Acting Commissioner of the Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**IT IS ADJUDGED** that defendant's decision is reversed, and this matter is remanded to defendant for further administrative proceedings consistent with the memorandum of decision.

June 5, 2013

_____
ANDREW J. WISTRICH
United States Magistrate Judge