IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
TEL: (818) 325-2888 FAX: (818) 325-2890
ireneruzin@earthlink.net

Attorney for Plaintiff, MARCOS BONILLA,

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| MARCOS BONILLA., | ) Case No.: CV 12-3278 AJW |
| Plaintiff, | ) |
| | ) ORDER |
| vs. | ) AWARDING EAJA FEES |
| | ) |
| CAROLYN W. COLVIN, ACTING | ) |
| COMMISSIONER OF SOCIAL | ) |
| SECURITY , | ) HON. ANDREW J. WISTRICH |
| | ) UNITED STATES MAGISTRATE |
| Defendants. | ) JUDGE |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded  in the amount of  FOUR THOUSAND SEVEN HUNDRED  DOLLARS ($4,700.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: September 12, 2013

_____
HON. ANDREW J. WISTRICH
UNITED STATES MAGISTRATE  JUDGE